No. 20.—Flores Colón, querellado.— Mayo 14, 1934.
Examinada la petición del querellado presentada por sus abogados Francisco Parra Capó y Benigno Fernández García, los documentos acompañados a la misma, los antecedentes del caso y el dictamen favorable del Fiscal de esta Corte Suprema, habiendo transcurrido más de seis años desde su destitución y apareciendo ser la opinión unánime de un considerable número de abogados que ejercen en diferentes distritos de la Isla que el querellado, a virtud de su conducta durante esos seis años, se ha hecho acreedor a que se le admita de nuevo al ejercicio de su profesión, se le admite, debiendo comparecer a prestar juramento en una de las próximas sesiones que celebre el tribunal.

No. 6316.—Salom, apltes., *v.* National Fire Ins. Co., etc., aplda.
—C. D. San Juan. 
Junio 6, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, los únicos señalamientos de error son:

"*Primero.* Al declarar sin lugar la demanda en cuanto a la primera causa de acción:

"(*a*) Porque los demandantes y apelantes probaron su primera causa de acción; y,

"(*b*) Porque la corte no consideró la prueba presentada por los demandantes y apelantes, siendo ésta la causa de la desestimación de la demanda.

"*Segundo.* La corte erró al declarar sin lugar la segunda causa de acción de la demanda, por las mismas razones y fundamentos de la primera."

Por cuanto, siendo ésta una acción sobre póliza de seguro, los demandantes no presentaron la prueba de pérdida exigida por una cláusula de la póliza, dentro del tiempo fijado para ello.

Por cuanto, no encontramos en la prueba ninguna base adecuada para la contención del apelante de que la compañía había renunciado el derecho a la presentación de tal prueba de pérdida.

Por cuanto, la segunda causa de acción por pérdida del uso del automóvil asegurado es secuela de la primera causa de acción, aparte de que existe en la prueba una estipulación relevando a la compañía de responsabilidad por tal pérdida de uso.

Por cuanto, en tal virtud no existe ninguno de los dos errores señalados.

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en abril 30 de 1932.